UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| TERRANCE COFFEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-CV-2134 |
| | ) |
| REVEREND R.L. HAYS and NEW LIFE | ) |
| APOSTOLIC CHURCH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

A Report and Recommendation (#6) was filed by Magistrate Judge David G. Bernthal in the above cause on September 6, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#6) is accepted by this court.

(2) Plaintiff's Motion for Remand (#4) is GRANTED. Plaintiff's case is remanded to the circuit court of Coles County, Illinois.

(3) Defendants' Motion for Dismissal as to Both Defendants (#2) is DENIED as moot.

(4) This case is terminated.

ENTERED this 3rd day of January, 2013.

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE